# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01978-JLK (consolidated with Civil Action Nos. 1:16-cv-2231-JLK and 1:18-cv-01535-JLK)

MICHAEL POWER, Individually and on behalf of all similarly situated persons,
CODY FRUGE, Individually and on behalf of all similarly situated persons,
DARIAN RAYFIELD, Individually and on behalf of all similarly situated persons,
MATTHEW BARNES, et al., Individually,

      Plaintiffs,

v.

SANDBOX TRANSPORTATION, LLC, a Texas limited liability company,

      Defendant.

**THIS DOCUMENT RELATES TO THE 1:18-cv-01535-JLK CASE ONLY**

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO NATHAN MCNEIL ONLY

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation of Dismissal without Prejudice as to Plaintiff Nathan McNeil *only*, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that the terms of the stipulation are adopted, and only Nathan McNeil's claims asserted against Defendant in Case No. 1:18-cv-01535-JLK, the *Barnes* matter, are **DISMISSED** without prejudice. Nathan McNeil is still to proceed with his claims against Defendant as an opt-in in Case No. 1:16-cv-01978-JLK, the *Power* matter.

IT IS SO ORDERED this 9th day of April 2019.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT COURT JUDGE